# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

BRIAN D. CEJKA, as Guardian and Next Friend for ANNA M. CEJKA, an Incapacitated Person;

    Plaintiff,

vs.

TRANSAMERICA LIFE INSURANCE CORPORATION, an Iowa Corporation;

    Defendant.

**8:17CV473**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 2, 2018**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;
2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and
3. The Clerk of Court shall terminate all pending deadlines in this case.

Dated this 14th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge